IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

LETAN WONG, on behalf of himself
and all other similarly situated
consumers,

      Plaintiff,

v.

I.Q. DATA INTERNATIONAL, INC.,

      Defendant.
_____/

**NOTICE OF REMOVAL**
**BASED ON FEDERAL QUESTION JURISDICTION**

DEFENDANT, I.Q. DATA INTERNATIONAL INC., by and through undersigned counsel, hereby files this Notice of Removal based on Federal Question Jurisdiction from the Circuit Court of Broward County, Florida, Case No. CACE-22-012607, to the United States District Court for the Southern District of Florida; and, states as follows:

1. This removal is based on Federal Question Jurisdiction, 28 USC §§ 1331, 1441, and 1446.

2. The Complaint in this action was filed in the Circuit Court of Broward County, Florida on approximately August 26, 2022. It was served on approximately **September 1, 2022**. The Complaint is attached as **Exhibit 1.**

3. The Complaint contains two counts: Count II, an alleged violation of the Fair Debt Collection Practices Act ("FDCPA"); and, Count I, an alleged violation of Florida's Consumer Collection Practices Act ("FCCPA").

4. Of course, the FDCPA arises under Federal Law.

5. Accordingly, this Court has jurisdiction over this matter pursuant to Federal Question Jurisdiction, 28 USC § 1331.

6. Thus, this matter is removable pursuant to 28 USC § 1441(a).

7. This matter has been removed within 30 days of receipt of the Complaint pursuant to 28 USC § 1446(b)(1).

8. The FCCPA claim is also removeable pursuant to 28 USC § 1367(a) in that the claim falls within the Court's supplemental jurisdiction.

9. No prior notice of removal has been filed in this action.

10. All documents filed in the state court action are attached as **Exhibit 1.**

WHEREFORE, DEFENDANT requests the removal of this action from Broward County Circuit Court to the United States District Court for the Southern District of Florida.

**Dated: September 12, 2022**                                        Respectfully submitted,

                                                                              */s/ Douglas A. Kahle*
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com
SCHWED KAHLE & KRESS, P.A.
11410 North Jog Road, Suite 100
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 12, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Douglas A. Kahle*
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com

**SERVICE LIST**

OMAR M. SALAZAR, II, ESQ.
Levy & Partners, PLLC
3230 Stirling Rd., Suite 1
Hollywood, FL 33021
omar@lawlp.com

Via CM/ECF