UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-61713-WPD

LETAN WONG, on behalf of himself
and all other similarly situated consumers,

      Plaintiff,

vs.

I.Q. DATA INTERNATONAL, INC.

      Defendant(s).
_____/

### ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Stipulation of Dismissal with Prejudice [DE 18] and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

**ORDERED and ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All Parties shall bear their own attorney's fees and costs. The Court retains jurisdiction to enforce the terms of the Parties' settlement agreement. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY AS MOOT** any pending Motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of February, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record